UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **MALINDA R. SIKES** | * | CIVIL ACTION NO. 10-1530 |
| **VERSUS** | * | JUDGE ROBERT G. JAMES |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's Petition for Attorney Fees [doc. # 19] is GRANTED IN PART, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Malinda R. Sikes for attorney fees in the amount of $4,440.00 (29.6 hours at $150.00 per hour), plus expenses and costs totaling $444.23.

IT IS FURTHER ORDERED that the motion [doc. # 19] is otherwise DENIED.

THUS DONE AND SIGNED in chambers, this 19th day of December, 2011, Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE